OSCN Found Document:IN RE CORRECTION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE CORRECTION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS
2016 OK CR 24
Decided: 12/01/2016
CCAD-2016-3 

IN RE: CORRECTION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS
Cite as: 2016 OK CR 24, __ __

 

 

ORDER CORRECTING RULE 7.1 OF THE
RULES OF THE COURT OF CRIMINAL APPEALS

¶1 Whereas the Oklahoma Legislature has moved significant portions of Title 10 of the Oklahoma Statutes to Title 10A, we find that it is necessary to correct Rule 7.1 of the Rules for the Oklahoma Court of Criminal Appeals. Pursuant to the provisions of Section 1051(b) of Title 22 of the Oklahoma Statutes, we hereby revise, adopt, promulgate and republish portions of the Rules of the Oklahoma Court of Criminal Appeals, Title 22 O.S., Ch. 18, App. (2016), as set forth as follows:

SECTION VII. PROCEDURE FOR APPEALING FROM AN ORDER
ADJUDICATING A JUVENILE TO BE DELINQUENT; FROM A 
FINAL ORDER CERTIFYING OR DENYING CERTIFICATION OF 
A JUVENILE TO STAND TRIAL AS AN ADULT; OR FROM A
FINAL ORDER GRANTING OR DENYING REVERSE
CERTIFICATION; OR SENTENCING UNDER THE YOUTHFUL
OFFENDER ACT

Rule 7.1 Courts from Which Appeals are Lodged

An appeal may be lodged by either party under the Rules of this Court from:

1. an adjudication of juvenile delinquency or certification of a juvenile to stand trial as an adult or deny such certification under § 7303 - 4.3(F)2-2-403(D) and 6.2(A)2-2-601(A), of Title 10A;

2. an order certifying a person as a child or denying the request for certification as a child under § 7306 - 1.1(G)2-5-101(G), of Title 10A;

3. an order certifying or denying certification of a person as a youthful offender or juvenile under § 7306 - 2.5(E)2-5-205(F) and 2.6(F)(5)2-5-206(F)(5), of Title 10A;

4. an order certifying or denying certification for imposition of an adult sentence under § 7306 - 2.8(E)2-5-208(E), of Title 10A;

5. a conviction as a youthful offender under § 7306 - 2.6(G)2-5-206(G), 2.8(F), or 2.8(G)2-5-208(F), of Title 10A;

6. an order transferring custody under § 7306 - 2.10(H)2-5-210(C), of Title 10A.

¶2 IT IS THEREFORE ORDERED ADJUDGED AND DECREED that these corrections shall become effective on the date of this order.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 1st day of December, 2016.

/S/CLANCY SMITH, Presiding Judge

/S/GARY L. LUMPKIN, Vice Presiding Judge

/S/ARLENE JOHNSON, Judge

/S/DAVID B. LEWIS, Judge

/S/ROBERT HUDSON, Judge

ATTEST:

/s/Michael S. Richie
Clerk

 






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 Title 22. Criminal Procedure
 Cite
Name
Level

 22 O.S. Rule 7.1, Courts from Which Appeals are Lodged
Cited


 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.